HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR17-275-RAJ |
| Plaintiff, | ) | |
| | ) | ORDER TO SEAL DOCUMENT |
| v. | ) | |
| NABIL SAYYID HESTER, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of Nabil Hester to file his Unopposed Motion to Continue Trial and Pretrial Motions Dates under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Defendant's Motion to Seal (Dkt. #20) is GRANTED. Defendant's Unopposed Motion to Continue Trial and Pretrial Motions Dates filed under Dkt. #21 shall remain under seal.

DATED this 14th day of February, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL DOCUMENT
(*Nabil Hester*, CR17-275-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**