THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NABIL SAYYID HESTER, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR17-275-RAJ <br><br> ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL |

THE COURT has considered the Ex Parte Motion to Withdraw as Counsel and for Appointment of New Counsel and the records and files in this case, having heard from the defendant and defense counsel at hearings conducted on June 1, 2018 and June 15, 2018, and finding good cause,

IT IS NOW ORDERED that the Motion to Withdraw as Counsel and for Appointment of New Counsel (Dkt. #25) is GRANTED. Assistant Federal Public Defender Dennis Carroll is permitted to withdraw as defense counsel in this matter, and Defendant agrees and the Court orders that this matter may be transferred to another Assistant Federal Public Defender within the Office of the Federal Public Defender.

DATED this 15th day of June, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO WITHDRAW AS COUNSEL AND
FOR APPOINTMENT OF NEW COUNSEL
(*United States v. Hester*, CR17-275-RJA) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**