THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR17-275-RAJ |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| v. ) | UNOPPOSED MOTION TO |
| ) | CONTINUE TRIAL DATE AND |
| NABIL SAYYID HESTER, ) | EXTEND PRETRIAL MOTIONS |
| ) | DEADLINE |
| Defendant. ) | |

Based on the unopposed motion to continue the trial date and extend the pretrial motion deadline, Dkt. 31, and the record in this case, the Court finds:

1. Taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant time reasonably necessary for effective preparation, due to counsel's need for more time to review discovery provided by the government, conduct independent investigation, perform legal research, advise and consult with the defendant, and prepare for trial, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial. 18 U.S.C. § 3161(h)(7)(A).

3. Not granting the requested continuance a continuance could result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND EXTEND PRETRIAL
MOTIONS DEADLINE
(*USA v. Nabil Hester*, CR17-275-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
**(206) 553-1100**

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline (Dkt. #31) is GRANTED. The trial date in this matter is continued from August 20, 2018, to December 3, 2018.

IT IS FURTHER ORDERED that the period of delay from the date of this order through the new trial date of December 3, 2018, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS FURTHER ORDERED that all pretrial motions, including motions in limine, shall be filed no later than October 25, 2018.

DATED this 31st day of July, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO CONTINUE
TRIAL DATE AND EXTEND PRETRIAL
MOTIONS DEADLINE
(*USA v. Nabil Hester*, CR17-275-RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**